IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-59-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ALAN ANDREW GOOCH, | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge James E. Gates regarding defendant's motion to suppress (DE # 12). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of Magistrate Judge James E. Gates as its own, and, for the reasons stated therein, defendant's motion to suppress is DENIED.

SO ORDERED, this the 17th day of July, 2007.

LOUISE W. FLANAGAN
Chief United States District Judge